M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 APR 25 A 9:51

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ERIC DEMETRIUS EVANS #249159  )
Full name and prison name of    )
Plaintiff(s)                    )
                                )
v.                              )   CIVIL ACTION NO. 2:07CV345-MHT
                                )   (To be supplied by Clerk of U.S. District
WILLIE THOMAS, WARDEN;          )   Court)
RICHARD ALLEN, COMMISSIONER;    )
MARK LOMAN, SGT.;               )
LT. ROGERS                      )
_____)
                                )
_____)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.)              )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

     B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

     C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) Eric Demetrius Evans

               Defendant(s) Ralph Perkins

          2.   Court (if federal court, name the district; if state court, name the county)
               MIDDLE DISTRICT OF ALABAMA

3. Docket number 2:07-CV-100-WHA

4. Name of judge to whom case was assigned Mark Fuller, and U.S. Magistrate Charles Coody without Consent Form filed by Parties

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit On or about February 2007

7. Approximate date of disposition Still pending

II. PLACE OF PRESENT CONFINEMENT Elmore Correctional Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Elmore Correctional Center Shift Office

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. Richard Allen, 64 N. Union Street, Montgomery, Alabama 36130
2. Willie Thomas, P.O. Box 8, Elmore AL 36025
3. Mark Loman, P.O. Box 8, Elmore AL 36025
4. Lt. Rogers, P.O. Box 8, Elmore AL 36025
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 9, 2007 and April 10, 2007 and Continuously

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The above named defendants violated Plaintiff 1st, 8th and 14th Amendment of the United States Constitution by denial of access to the Court, Cruel and Unusual Punishment, Equal Protection to be free of such punitive punishment.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On April 9, 2007, I requested of Sgt Mark Loman notary service of my legal papers in response to Civil Action number 2:07-CV-100-WHA, when Sgt Loman seen my legal document was in response to a lawsuit against his coworker he denied me notary service. On April 10, 2007, I wrote a 207 + 208 complaint to Warden Willie Thomas + Commissioner Richard Allen C/o Capt. Hawthron requesting an investigation for Sgt. Loman denying me notary service and I served Sgt. Loman a CC:Copy of the complaint against him, and Warden Thomas and Comm. Allen did not invest.

GROUND TWO: On April 10, 2007 in retaliation Sgt. Mark Loman violated my 1st Amendment of access to the court by denying me notary, a deliberate indifference by notarizing a white inmate papers and not mine. On April 10, 2007, Sgt Mark Loman in retaliation wrote me 2 disciplinaries for filing a complaint against him, in violation of my 8th and 14th Amendment Rights of the United States Constitution.

SUPPORTING FACTS: On April 9, 2007, Sgt Loman denied me notary service after notarizing a white inmate legal papers. On April 10, 2007, after receiving his CC:Copy of the complaint I filed to his Superiors Ward Thomas and Commissioner Richard Allen against him for denying me notary service Sgt. Mark Loman wrote me (2) disciplinaries. See Exhibits (A) and (B) attached hereto...

GROUND THREE: Defendants Rogers and Loman violated Plaintiff's Evans 8th and 14th Amendment Rights of the United States Constitution by acting in concert subsequently took Plaintiff to a punitive disciplinary hearing found Plaintiff guilty and issued punitive sanction of 30 days lost of visits, canteen and extra duty.

SUPPORTING FACTS: On April 19, 2007, defendants Rogers and Loman subsequently took Plaintiff to a punitive disciplinary hearing on punitive retaliation disciplinaries and subsequently found Plaintiff guilty and issued punitive sanctions of 30 days lost of visits, phone, canteen, and extra duty with closing remarks and Plaintiff quoat: "I don't care if you sue me I'm above the law."

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff is suing all defendants in their individual and official capacity, request a preliminary restraining order to stop retaliation and stay punitive sanctions by defendants against Plaintiff that is unwarranted. Plaintiff request a trial by jury and seek monetary damages in the sum of $200,000.00 for defendants arbitrary punitive action to act in concert to violate Plaintiff 1st, 8th and 14th Amendment rights of the United States Constitution. Plaintiff request of the district court to encumbra review of attached Exhibits (A) and (B).

Eric Demetrius Evans
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4-24-07__.
(Date)

Eric Demetrius Evans
Signature of plaintiff(s)

ERIC DEMETRIUS EVANS
#249159-B1-96A
ELMORE CORR. CENTER
P.O. BOX 8
ELMORE, AL 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711



MONTGOMERY AL
24 APR 2007 PM

36101+0711-11 B007

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: **Eric Evans**     Custody: **Min**     AIS: **B/249159**

2. Facility: **ELMORE CORRECTIONAL CENTER**

3. The above named inmate is being charged by **Mark Loman, CS** with violation of rule number **57** specifically **Insubordination** from regulation # **403** which occurred on or about **April 10**, 20**07** at (time) **2:00 pm** (am / pm), Location: **ECC Shift Office**. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On Appril 10, 2007 at approximately 2:00 pm, Sgt. Loman did receive a complaint from Inmate Eric Evans, B/249159 stating that Sgt. Loman was unprofessional and denied him notary service for no good reason and that Sgt. Loman did in fact notarize a white inmate's legal papers with no problem. This statement implies that Sgt. Loman is racially biased.**

    _____04/10/07_____          _____ CS
    Date                          Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _10th_ day of _APRIL_, 20_07_, at (time) _8:02_ (am/pm)

    ___Walter Newberry, C/O___          ___Eric Evans 249159___
    Serving Officer / Signature / Rank    Inmate's Signature / AIS Number

6. Witnesses desired?    NO ___Eric Evans 249159___    YES _____
                            Inmate's Signature                Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

11. Plea: _____ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

ALDOC Form 225B

**ALABAMA DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT**

1. Inmate: __Eric Evans__    Custody: __Min__    AIS: __B/249159__

2. Facility: __ELMORE CORRECTIONAL CENTER__

3. The above named inmate is being charged by __Mark Loman, CS__ with violation of rule number __41__ specifically __Lying or making false statement or charge__ from regulation # __403__ which occurred on or about __April 10__, 20__07__ at (time) __2:00 pm__ (am / pm), Location: __ECC Shift Office__. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __On Appril 10, 2007 at approximately 2:00 pm, Sgt. Loman did receive a complaint from Inmate Eric Evans, B/249159 stating that Sgt. Loman was unprofessional and denied him notary service for no good reason.__

   __04/10/07__                                    _[signature]_ CS
   Date                                            Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __10th__ day of __APRIL__, 20__07__, at (time) __8:07__ (am/pm)

   _[signature] C/O_                              _Eric Evans 249159_
   Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

6. Witnesses desired?    NO _Eric Evans 249159_    YES _____
                            Inmate's Signature              Inmate's Signature

7. If yes, list: _____

8. Hearing Date _____ Time _____ Place _____

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

11. Plea: _____ Not Guilty _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

Annex C to AR 403 (Page 1 of 5)

Exhibits (A) and (B)

"Questions For Sgt. Mark Lomax"

1. Sgt. Lomax, are inmates allowed to file complaints to an officer's Superior?

ANSWER: Yes

2. Sgt. Lomax, did your Superiors Warden Thomas and Captain Hawthorne inform you that I had filed an Admin. Reg. 207 and 208 Complaint against you for unprofessional tack conduct and denied me Notary Service on 4-09-07?

ANSWER: Yes

3. Sgt. Lomax, isn't it true that the document of this complaint you received from me was in fact a carbon copy of the original complaint I filed to your Superiors against you for denying me Notary Service? Yes

ANSWER:

4. Sgt. Lomax, did you notarize my legal papers on 4-09-07 after I requested you to? No

ANSWER:

5. Sgt. Lomax, does an inmate have a Constitutional Right to Notary?

ANSWER:

DATE: 4-19-07     Respectfully Submitted: Eric Evans

Exhibits (A) and (B)

"QUESTIONS FOR Sgt. MARK LOMAN FOR RULE #57 DISCIPLINARY"

1. Sgt. Loman, did I request of you to notarise my legal papers on 4-09-07?

ANSWER: yes

2. Sgt. Loman, did you notarise my legal papers on 4-09-07?

ANSWER: yes

3. Sgt. Loman, did you notarise a White inmate papers on 4-09-07?

ANSWER: yes

4. Sgt. Loman, do you keep a log of all notary you did on 4-09-07?

ANSWER:

5. Sgt. Loman, Will you please provide the hearing officer with 4-09-07 Notary Service sign in log with the names of inmates you Notarised on 4-09-07 at approximately 8:30 p.m.?

ANSWER:

DATE: 4-19-07

Respectfully Submitted,
Eric Evans

Exhibits (A) and (B)

"ERIC D. EVANS STATEMENT"
FOR BOTH ALLEDGED DISCIPLINARIES

I make known to this Honorable Hearing Officer that I never violated Rule Number 41 specifically lying or making false statement or charge from Regulation #403. I contend that I was denied notary service from Sgt. Loman, and I wrote a complaint to Warden Thomas and Captain Hawthrone who is Sgt. Loman Superior's requesting an investigation as to why I was not given my entitled right to Notary Service from Sgt. Loman, and to satisfy Alabama Rules Of Civil Procedure governing service of process to an opposing party I hand mailed Sgt. Loman a Carbon Copy of the Original Complaint filed to Warden Thomas ℅ Captain Hawthrone, and I also served a Carbon Copy of this Complaint to Prison Commissioner Richard Allen. These disciplinaries is in fact unwarranted thur lot retaliation and to shield the Violation of me being denied Notary Service for whatever reason. I am requesting the findings of this Disciplinary hearing to be sent to Prison Commissioner Richard Allen and the Alabama Department Of Correctional Personel Department at 64 North Union Street, Room 300, Montgomery, Alabama 36130 for an enbanc Cambria review. Please be advised that my family member have already requested for an investigation I & I Division on 4-11-07.

DATE: 4-19-07

Respectfully Submitted:
Eric Evans