IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

RECEIVED
2007 APR 25 A 9:5[?]
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ERIC DEMETRIOUS EVANS,
    Plaintiff,

v.

RICHARD ALLEN, Commissioner;
WILLIE THOMAS, WARDEN;
MARK LOMAN, Sgt.; and
LT. ROGERS;
    Defendants.

CIVIL ACTION NO. 2:07cv345-T
(To be Supplied by Clerk of U.S. District Court)

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the Plaintiff Eric Demetrious Evans, by and through Pro Se in the above style Civil Action hereby Move the district court on motion to proceed in forma pauperis, and in support Plaintiff states the following:

Plaintiff respectfully request of the district court to allow him to file this Civil Action in forma pauperis because the defendants refuses to process forma pauperis form or notarize in order to shield the retaliation violation, and Plaintiff seek an order to be directed to defendant to uphold their responsibilities to provide access to the Courts.

Done this 24th day of April 2007.

Respectfully Submitted,
Eric Demetrious Evans