IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:07cv345MHT |
| ) | |
| WILLIE THOMAS, Warden,    ) | |
| etc., et al.,    ) | |
| ) | |
| Defendants.    ) | |

ORDER

It is ORDERED that the motion for temporary restraining order contained in the complaint (Doc. No. 1) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 26th day of April, 2007.

                 /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE