**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Rogers
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

2cv345 cmp+order

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Joseph Giles

C. Date of Delivery
4-26-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☒ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2760 0002 8193 1842

PS Form 3811, Domestic Return Receipt    2595-02-M-1540