| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Joseph Gibbs_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>Joseph Gibbs   4-26-07<br>D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No |

1.

Sgt. Mark Loman
Elmore Correctional Facility
P. O. Box 8
Elmore, AL 36025

onew 345 cmp + order

| 3. Service Type | |
|---|---|
| ☐ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☐ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |
| 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |

2. Article Number
(Transfer from service label)

7006 2760 0002 8193 1859

102595-02-M-1540

PS Form 3811, February 2004          Domestic Return Receipt