| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _Kay P. Hope_  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |

1. Article Addressed to:

Richard Allen, Commissioner
Alabama Department of Correction
P. O. Box 301501
Montgomery, AL 36130

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

onev 345 cmptrollr

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7006 2760 0002 8193 1873

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540