RECEIVED
2007 MAY -8 A 9:26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

ERIC DEMETRIUS EVANS,
    Plaintiff,

V.

WILLIE THOMAS, WARDEN,
etc., et al.,
    Defendants.

CIVIL ACTION NO.
~~2:07cv54-MHT~~
2:07cv345-MHT

## INTERROGATORIES TO PARTIES PURSUANT TO Rules 33, 34, 35, 36 and 37 FEDERAL RULES OF CIVIL PROCEDURES

~~Comes now the plaintiff Eric Demetrius Evans, by and through~~ PRO/SE in the above style civil action hereby submits the following interrogatories upon the Defendants without leave of court after the commencement of this action with or after service of the summons and complaint pursuant to Rule 33(a) Federal Rules Civil Procedure, and thereby Plaintiff request the following:

1. Plaintiff request from Defendant Loman a sworn affidavit as to his position, duties from 2:00 p.m. until 10:00 p.m. on April 9, 2007, and his supervisor's name?

2. ISSUED:

2. Plaintiff request from Defendant Loman a genuine copy of the Notary Public Log on April 9, 2007 between the hours of 2:00 p.m. and 10:00 p.m.?

ANSWER:

3. Plaintiff request from Defendant Loman a genuine copy of the carbon copy of the 207 and 208 complaint to his supervisor Defendant Willie Thomas against him for denying Plaintiff Notary Service on April 9, 2007?

ANSWER:

4. Plaintiff request from Defendant Willie Thomas a genuine copy of Plaintiff 207 and 208 complaint handmailed to him against Defendant Loman on April 10, 2007 for Notary Service denial by Defendant Loman on April 9, 2007?

ANSWER:

Plaintiff makes known to defendants that the requested information above is very relevant to this Civil Action, and failure to answer and produce within thirty (30) days may result in a judgment of default being issued against you pursuant to Rule 37 Fed. R. Civ. Proc.

DATED: May 7, 2007

Respectfully Submitted,
Eric D. Evans

(2)

CERTIFICATE OF SERVICE

I hereby certify this 7th day of May 2007, that I have served a true and correct copy of the same upon the U.S. District Court, and the original upon the defendants through their Attorney by U.S. Mail service at Elmore Correctional Center postage prepaid.

Eric D. Evans
Eric D. Evans, Plaintiff
P.O. Box 8
Elmore, AL 36025

(3)