IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERIC DEMETRIUS EVANS, 249159** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:07-CV-345-MHT |
| ) | |
| **WILLIE THOMAS, et al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |
| ) | |

## ANSWER

Come now the Defendants, **Willie Thomas, Richard Allen, Mark Loman and Robert Rogers**, by and through Troy King, Attorney General for the State of Alabama, to submit this, their Answer to the Complaint.

1. The Defendants deny each and every material allegation of the complaint and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1. Plaintiff's allegation that the Defendant Loman refused to notarize his court document because of his race is false.

2. The Complaint fails to state a claim upon which relief can be granted pursuant to 42 USC § 1983 or any other cause of action.

3. Plaintiff's claim of denial of access to courts is without merit.

4. Defendants deny that any of the Plaintiff's constitutional rights have been violated.

5. The Defendants deny each and every material allegation of the complaint and demand strict proof thereof

6. Defendants assert the defenses of sovereign immunity and qualified immunity pursuant to the Eleventh Amendment and Article I, Section 14, Alabama Constitution of 1901.

7. Defendants assert that they may not be held liable for the actions of their employees or agents because Respondeat Superior is not applicable in 42 U.S.C. § 1983 cases.

8. In their official capacities, the Defendants are not persons subject to actions brought pursuant to 42 U.S.C § 1983.

9. Defendant Loman acted at all times in accordance with the Alabama statutes setting forth the duties and responsibilities of a notary public.

10. The Defendants assert qualified immunity and state agent immunity.

Respectfully Submitted,

Troy King
Attorney General


/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 (fax)
jwallace@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 1st day of June, 2007, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Eric Demetrius Evans, AIS 249159
Elmore Correctional Facility
PO Box 8
Elmore, AL 36025

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General