IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, #249159, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-345-MHT |
| | ) |
| WILLIE THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Upon review of the special report filed by the defendants on June 1, 2007 (Court Doc. No. 12), and for good cause, it is

ORDERED that on or before June 19, 2007 the defendants shall file a supplement to their report which addresses the plaintiff's claim that defendant Loman denied him notary service due to his race.

Done this 4th day of June, 2007.

                                               /s/ Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE