**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 2, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Evans v. Thomas et al**

**Case Number:   2:07-cv-00345-MHT**

**This Notice of Correction was filed in the referenced case this date to correct the erroneous Exhibit 4 PDF document previously attached by E-Filer.**

**The correct Exhibit 4 PDF document is attached to this notice for your review.   Reference is made to document # 14  filed on   June 29, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIUS EVANS, 249159, | : |
| Plaintiff, | : |
| v. | : Case No. 2:07-CV-345-MHT |
| WILLIE THOMAS, et al., | : |
| Defendants. | : |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Mark Loman, who being known to me and being by me first duly sworn, deposes and says:

My name is Mark Loman. I am currently employed with the Alabama Department of Corrections as a Correctional Sergeant at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I did not deny inmate Evans Notary service because of his race.

A copy of my Notary Log for the period of March 19, 2007 to May 22, 2007, which is before and after inmate Evans requested my services as a Notary, is attached. This log lists the names of the black inmates for whom I provided Notary service during this period. Black inmates are identified with a "B" beside their AIS number. This log proves that I notarized a near equal number of documents for black inmates as I did for white inmates during this same period.

I hereby certify the attachment to this affidavit to be a true and correct copy of my Notary Log for the period of March 19, 2007 to May 22, 2007. I maintain my Notary Log according to the laws governing the duties of Notaries Public.

1

_____
MARK LOMAN

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 9th of June, 2007.

_____
NOTARY PUBLIC

My Commission expires February 5, 2011

2

# NOTARY LOG

(Unit) ECC

NOTARY PUBLIC: Mark Loman

COUNTY OF: _____

| DATE | INMATE'S NAME | A.I.S. NUMBER | ITEM NOTARIZED | NTP INT. |
|---|---|---|---|---|
| 3/15/07 | Beeman, Fred | B/237594 | Motion for Reconsideration | |
| | Jackson, Antoine | B/249123 | Rule 32 | |
| | Taylor, Jerome | B/150118 | General Power of Attorney | |
| | McClain, Ronnie | B/133958 | Complaint | |
| 3/27/07 | Lawrence, Michael | W/215593 | Bill of Sale | |
| | Ragland, Jackie | B/248615 | Request for Disposition | |
| | Nolan, James | B/199861 | Hardship | |
| | Mims, Christopher | W/248214 | Power of Attorney | |
| | Steber, Harry | W/207606 | Motion to plead guilty / Hardship | |
| | Sundberg, Kenneth | W/154261 | Habeas Corpus | |
| | Daniels, Arthur | B/247883 | Release for Settlement | |
| | Pope, Victor | B/236821 | Bank Withdrawal | |
| | Parmeter, Stuart | W/180836 | Reduction of Penalty | |
| | Rust, Matthew | W/246868 | Motion for Modification of | |
| 4/9/07 | Martin, Russell | W/182095 | Divorce | |
| | ~~Johnson, Jerry~~ | ~~B/~~ | ~~Motion for Rehearing~~ | |
| | ~~Evans, Eric~~ | ~~B/248849~~ | | |
| 4/24/07 | Smith, Cory | W/233363 | Divorce & Hardship | |
| | Olum, Darrly | B/129731 | Parole cut Payment | |
| | Gaither, Frankie | W/129879 | Lost property Claim | |
| | Barnes, Antonio | B/200578 | Motion for Default | |
| | Smith, Patrick | B/207760 | Motion for Parole cut / Motion for Classification | |
| 4/30/07 | Starr, Todd | W/220663 | Consent to guardianship | |
| | Gilbreath, James | W/175041 | Hardship Affidavit / Application to plead guilty | |
| | Brundidge, Steve | B/175281 | Representation of case | |

DOC N947L
8-2-89

# NOTARY LOG

(Unit) _____

NOTARY PUBLIC: _____

COUNTY OF: _____

| DATE | INMATE'S NAME | A.I.S. NUMBER | ITEM NOTARIZED | NFH INT |
|---|---|---|---|---|
| 4/30/07 | Singley, Christopher | W/250332 | Hardship/Divorce | |
| | Locke, Michael | W/245400 | Appl. to plead guilty | |
| | Townsend, Julius | B/238144 | Affidavit | |
| | Arnold, Atlantis | B/185105 | Affidavit | |
| | Lawrence, Michael | W/215593 | 2 Power of Attorney, 3 Affidavit | |
| 5/22/07 | McSwain, Bobby | B/174320 | Power of attorney | |
| | Young, Eddie | B/250175 | Petition for Habeus Corpus | |

DOC N947L
6-2-89