IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED

2007 JUL 30  A 10: 02

[...] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

*

ERIC DEMETRIUS EVANS,          *

PLAINTIFF,

                               *       CASE NO. #2:07-CV-345-MHT

VS.

                               *

WILLIE THOMAS, ET AL.,

DEFENDANTS.                    *

                               *

MOTION IN RESPONSE TO THE SPECIAL REPORT FILED BY
THE DEFENDANTS

Comes now the Plaintiff Eric Demetrius Evans pro se serving a custodial term with the Department of Corrections, filed a Civil Complaint Pursuant to U.S.C. § 1983:

The Plaintiff confirms that the Defendants violated his Constitutional rights of the 1st, 5th, & 14th Amendment. For inmates Access to the Courts, Equal Protection, Due Process, and acted unprofessionally and Arbitrarily.

1.

STATEMENT OF FACTS...

On April 10, 2007, the Plaintiff Eric Demetrius Evans was a inmate housed at Elmore Correctional Center went to get his Legal Papers Notarized for a Previous Civil Complaint the Plaintiff filed against an employee of the Department of Corrections for wrongful injury. Sgt. Mark Loman was assigned to the Notary Post and upon reading my Civil Complaint the Defendant Loman then refused to Notarize and sign my Legal Work hindering the time frame set up by the Courts because of a Conflict of Interest for a fellow employee and friend. Then PLaintiff filed a Complaint to Warden Thomas the acting Superior of the Institution concerning Sgt. Mark Loman actions, and Plaintiff also stated in the Complaint that his access to the Courts were violated, and also the Defendant Mark Loman acted unprofessionally and Arbitrarily. Upon Defendant Mark Loman receiving knowledge of the Complaint filed against him from his Superior. The Defendant Mark Loman then retaliated against the Plaintiff by writing him (2) Two disciplinaries for Insubordinate & Lying or making false statements against a D.O.C. official and was found guilty on all counts without an investigation or Due Process Procedure. The acting Superior of the institution is Warden Willie Thomas and he allowed this behavior to go on. SEE NOTARY LOG as EXHIBIT A. where Defendant removed Plaintiff Eric EVans name from the Log, and continued to notarize other inmates Legal Papers mainly white inmates which violated my Equal Protection Rights.

## ARGUMENT

The Defendants Willie Thomas, Sgt. Mark Loman, Richard Allen acting as individuals in their official capacity as Employees of the D.O.C. acted in Negligence and bad faith when violating the Plaintiffs Constitutional Rights of the 1st, 5th, and 14th Amendment, by denying him access to the Courts, discriminating of Equal Protection Rights, Violating his Due Process rights when retaliating against the Plaintiff, and acting unprofessionally and Arbitrarily. See Ex Parte Hull, 312 U.S. 546, 61 S ct. 640, 85 L.Ed. 1034 (1941) Hull clearly established "without elaboration Analysis that Prison Officials cannot impose themselves as barriers between prisoners and the Courts. A Federal Court decision holding that the fundamental Constitutional rights of Access to the Courts require State Prison Authorities to assist inmates in the preparation and filing of meaningful Legal papers by providing prisoners with adequate Law libraries or adequate assistance from prison trained officials that are trained in the Law is not improper on the ground that Federal Courts should not sit as Co-administrators of State Prisons. The Defendnats poor choices may resulted from his conflict of interest for his fellow employee as to why Defendant discriminated against Plaintiff, "Because the liability of a Notary Public is not an insurer but is under a duty to his clients to Act honestly, skillfully, and with reasonable diligence, (Butler v. OLshan Ala. (1966). The right of Access to the Courts is founded in the Due Process Clause & assures that no person will be denied the opportunity to present to the Judiciary allegations concerning violations of Fundamental Constitutional Rights. In Constitutional Law § 525 Due Process (13) A person's liberty is protected by the Due Process Clause even when the liberty itself is a statutory creation of the State. The Plaintiff was written (2) two disciplinaries out of retaliation of filing his Civil Complaint

and received restrictions of not being able to use the telephone, loss of store privileges, and visitation privileges, and is hindering his elgibility of work-release and Parole Considerations or other Alternative Programs to help the Plaintiff while incarcerated. The Plaintiff suffered arguably actionable harm that the inmate wish to bring before the Court; Plaintiff was unable to even file a Complaint without the retaliation of a fellow employee.

## RELIEF

The Plaintiff Eric Demetrius Evans seeks Compensatory damages of $200,000 Two-Hundred Thousand Dollars for the alleged deprivation of his Constitutional rights, and Injunctive relief. The Supreme Court held under section 1983, a plaintiff can recover Money damages from State officials, if the officials acted in either bad faith or in disregard of settled, indisputable Law, or a Public official may be held liable where he in subjective good faith, acts in disregard of a persons clearly established Constitutional Rights Id at 322 95 s.ct.992, Martin v. Harrelson 532 so.2d 1256 (1988).

## CONCLUSION

The Plaintiff respectfully submit this Response, and that all evidence in this Civil Complaint should be Revelant to the Court, and should be granted in the Plaintiff favor. as noted in Williams v. Mainwright supra, op cit. at 1081. Whether these claims should be graced with full-fledged Evidentiary hearing or disposed of by utilization of the wide variety of available discovery tech "IS A MATTER PROPERLY TO BE DECIDED BY THE DISTRICT JUDGE".

Sworn and Subscribed before me this July day of 26 2007.

_Eric Demetrius Evans_
ERIC DEMETRIUS EVANS

_Arthur Norton_
NOTARY

My Commision Expires: 2/12/2011

4.

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing has been served to the Clerk of the United States Middle District of Alabama, and the Attorney General office Troy King 11 South Union Street this 9 day of July 2007, Postage prepaid in the U.S. Mail.

*Eric Demetrius Evans*
ERIC DEMETRIUS EVANS PRO SE
ELMORE CORRECTIONAL CENTER
P.O. BOX 8
ELMORE, ALABAMA 36025

5.

CITY OF MONTGOMERY

STATE OF ALABAMA                **AFFIDAVIT**

ERIC DEMETRIUS EVANS, AIS# 249159 disposes and says:

I am over the Legal Age of (21) Twenty-One, and everything that is stated in these documents are true and correct of my knowledge.

Sworn and subscribed before me this July day of 26 2007.

_Eric Demetrius Evans_
ERIC DEMETRIUS EVANS PRO SE

_Arthur Norton_
NOTARY

My Commission Expires 2/12/2011

6.

(EXHIBIT A)

## NOTARY LOG

(Unit) ECC

NOTARY PUBLIC: Mark Loman

COUNTY OF: _____

| DATE | INMATE'S NAME | A.I.S. NUMBER | ITEM NOTARIZED | NTP INT. |
|---|---|---|---|---|
| 3/15/07 | Beeman, Frank | B/237574 | Motion for Reconsideration | |
| | Jackson, Antoine | B/245123 | Rule 32 | |
| | Taylor, Jerome | B/150118 | General Power of Attorney | |
| | McClain, Ronnie | B/133958 | Complaint | |
| 3/27/07 | Lawrence, Michael | W/215593 | Bill of Sale | |
| | Ragland, Jackie | B/248615 | Request for Disposition | |
| | Nolen, James | B/199861 | Hardship | |
| | Mims, Christopher | W/248214 | Power of Attorney | |
| | Steber, Harry | W/207606 | Motion to plead guilty / Hardship | |
| | Sundberg, Kenneth | W/159261 | Habeas Corpus | |
| | Daniels, Arthur | B/247883 | Release for Settlement | |
| | Pope, Victor | B/236821 | Bank Withdrawal | |
| | Pernades, Stanley | W/180836 | Reduction of Penalty | |
| | Rust, Matthew | W/246868 | Motion for Modification | |
| | ~~Martin, Randall~~ | W/182095 | Divorce | |
| 4/9/07 | ~~Johnny, Jack~~ | ~~B/245105~~ | ~~Motion for Reduction~~ | |
| | ~~Evans, Eric~~ | | | |
| 4/24/07 | Smith, Cory | W/233363 | Divorce & Hardship | |
| | Orum, Darrly | B/129221 | Parole cut Approved | |
| | Gaither, Frankie | W/129879 | Lost property Claim | |
| | Barnes, Antonio | B/200578 | Motion for Default / Motion for Parole cut | |
| | Smith, Patrick | B/207460 | Motion for Clarification | |
| 4/30/07 | Starr, Todd | W/220663 | Consent to Guardianship | |
| | Gilbreath, James | W/175041 | Hardship Affidavit / Application to plead guilty | |
| | Brundidge, Steve | B/175281 | Representation of case | |

DOC N947L
6-2-89

Elmore Correctional Center
P.O. Box 8
Elmore, Alabama 36025

Office of The Clerk
UNITED STATES DISTRICT C[ourt]
P.O. Box 711
Montgomery, Alabama
36101-0