IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERIC DEMETRIUS EVANS, 249159** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:07-CV-345-MHT |
| | ) |
| **WILLIE THOMAS, et al.,** | ) |
| | ) |
| **Defendants** | ) |
| | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW, *Willie Thomas, Richard Allen, Mark Loman and Robert Rogers*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX  This party is an individual, or

XX  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____   _____

_____   _____

_____   _____

_____   _____

Respectfully Submitted,

Troy King
Attorney General


/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 (fax)
jwallace@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 15th day of January, 2008, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Eric Demetrius Evans, AIS 249159
Elmore Correctional Facility
PO Box 8
Elmore, AL 36025

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General