IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC DEMETRIUS EVANS,        )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:07cv345MHT
                             )         (WO)
WILLIE THOMAS, Warden,       )
etc., et al.,                )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The defendants' motions for summary judgment (doc. nos. 12 & 14) are granted.

(2) Judgment is entered in favor of the defendants and against the plaintiff, with the plaintiff taking nothing by his complaint.

It further ORDERED that costs are taxed against the plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 28th day of September, 2010.**


                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**